**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JDS FOURTH AVENUE LLC,<br><br>         Debtor. | Case No. 21-10888<br><br>Bankruptcy Case<br>(United States Bankruptcy Court for the District of Delaware) |
| BALTIC FOURTH LLC, directly and derivatively on behalf of FOURTH AVENUE JV LLC, FOURTH AVENUE MEZZ LLC, and FOURTH AVENUE PROPERTY OWNER LLC, and TONA CONSTRUCTION & MANAGEMENT LLC,<br><br>         Plaintiffs,<br><br>         v.<br><br>MICHAEL STERN, JDS FOURTH AVENUE LLC, and JDS CONSTRUCTION GROUP LLC,<br><br>         Defendants,<br><br>FOURTH AVENUE JV LLC, FOURTH AVENUE MEZZ LLC, and FOURTH AVENUE PROPERTY OWNER LLC,<br><br>       Nominal Defendants. | (Chapter 11)<br>Adv. Proc. No. 21-01144-shl |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action shall be voluntarily dismissed, without prejudice against the defendants pursuant to the Federal Rules of Civil Procedure 41 and Rule 7041 of the Bankruptcy Code. This stipulation may be executed in counterparts by ".pdf" or facsimile signature, and may be filed without further notice with the clerk of the court.

Dated: East Meadow, New York  
       July ___, 2021

By: _____  
Stephen J. Gillespie  
Michael F. McGowan  
Christopher J. Sheehy  
WESTERMANN SHEEHY SAMAAN  
& GILLESPIE, LLP  
90 Merrick Avenue, Suite 802  
East Meadow, NY 11554  
Tel.: (516) 794-7500

*Attorneys for Plaintiffs*

Dated: New York, New York  
       July ___, 2021

By: _____  
Paul M. O'Connor III  
Jennifer McDougall  
Stephen P. Thomasch  
KASOWITZ BENSON TORRES LLP  
1633 Broadway  
New York, New York 10019  
Tel.: (212) 506-1700

*Attorneys for Defendants*